### Roberto CREA, Plaintiff–Appellant,

v.

### CITY OF HOPE, City of Hope National Medical Center, and Beckman Research Institute of the City of Hope, Defendants–Appellees,

and

### Does 1 Through 20, Defendants.

### No. 2011–1106.

United States Court of Appeals, Federal Circuit.

March 7, 2012.

Robert J. Yorio, Carr & Ferrell LLP, of Menlo Park, CA, argued for plaintiff-appellant. With him on the brief were Christine S. Watson and Christopher P. Grewe.

Joseph M. Lipner, Irell & Manella LLP, of Los Angeles, CA, argued for defendants-appellees. With him on the brief were David I. Gindler and Lucy M. Stark.

BRYSON, MAYER, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**